IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02187-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

ENDRE SAMU,
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
ANTHONY A. DECESARO,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND, and
JERRY BRIGGS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Defendant's Unopposed Motion to Allow Deposition of Plaintiff Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 116, filed November 17, 2006] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the deposition of plaintiff may be taken at Freemont Correctional Facility in Canon City, Colorado, at a time mutually agreeable to the parties.  A copy of this order is also being sent to the plaintiff's case manager.

DATED:  November 21, 2006