IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.04-cv-02187-PSF-BNB                Date: March 16, 2007
Courtroom Deputy: Geneva D. Mattei                 FTR BNB COURTROOM A-401

FLOYD DAVID SLUSHER,                               Pro Se

        Plaintiff,

v.

ENDRE SAMU,                                        Gillian Dale
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND,
and JERRY BRIGGS,

        Defendants

## COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:     1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants' motion for extension of discovery cut-off and dispositive motions deadline(12/27/06 #120) is granted. The discovery cut-off is extended to June 29, 2007 and the dispositive motion deadline is extended to July 13, 2007.**

**ORDERED:** **The Final Pretrial Conference set for April 5, 2007 is vacated and reset to September 5, 2007 at 8:30 a.m.**
**Proposed pretrial order due on or before August 29, 2007.**

**ORDERED:** **Defendants' motion to compel discovery responses(1/19/97 #127) is granted. Responses due on or before March 30, 2007.**

**ORDERED:** **Plaintiff's motion to compel production of documents( 3/9/07 #140) is granted in part and denied in part. Documents, if any, to be produced on or before April 6, 2007.**

Court in Recess        1:59 p.m.        Hearing concluded.

Total In-Court Time:  00:26