IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02187-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

ENDRE SAMU,
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
ANTHONY A. DECESARO,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND, and
JERRY BRIGGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendants' Motion for Extension of Discovery Cut-Off and Dispositive Motions Deadline** [Doc. # 120, filed 12/27/2006] (the "Motion for Extension");

(2) **Defendants' Motion to Compel Discovery Responses** [Doc. # 127, filed 1/19/2007] (the "Defendants' Motion to Compel"); and

(3)     Plaintiff's **Motion to Compel Production of Documents** [Doc. # 140, filed 3/9/2007] (the "Plaintiff's Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified to the following extent:

> **Discovery Cut-Off:**             **June 29, 2007**
>
> (All discovery must be completed by the discovery cut-off. Responses to written discovery must be due on or before the discovery cut-off.)
>
> **Dispositive Motion Deadline:**   **July 13, 2007**
>
> **Final Pretrial Conference:** The final pretrial conference set for April 5, 2007, at

9:00 a.m., is VACATED and RESET to **September 5, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and submit a proposed final pretrial order on or before **August 29, 2007**.

No further extensions of the schedule will be allowed.

IT IS FURTHER ORDERED that Defendants' Motion to Compel is GRANTED. The plaintiff shall sign the requested releases and place them in the mail to defendants' counsel on or before **March 30, 2007**. The release of psychiatric records shall be for the period of January 1, 1998, through December 31, 2002.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require defense counsel to conduct a thorough review to assure that all documents responsive to Production Requests 1, 2, 4, 5, 6, and 10 have been destroyed. If any responsive documents exist and have not been produced, they shall be produced on or before **April 6, 2007**;

GRANTED to require production of all documents responsive to Production Requests 8 and 11. Responsive documents shall be produced on or before **April 6, 2007**; and

DENIED in all other respects.

Dated March 16, 2007.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge