IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02187-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

ENDRE SAMU,
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND, and
JERRY BRIGGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Compel Production of Documents** [Doc. # 151, filed 5/4/07] (the "Motion"). The plaintiff seeks to compel the defendants to provide him with 602 pages of documents.

IT IS ORDERED that the Motion is GRANTED as follows:

1.     The defendants shall make the documents available to the plaintiff for inspection at the Fremont Correctional Facility on or before June 1, 2007; and

2.  The plaintiff may review the documents and designate any he wants to have copied.  The plaintiff is responsible for all costs associated with making any copies that he may request.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated May 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge