IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02187-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

ENDRE SAMU,
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND, and
JERRY BRIGGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Motion to Compel Production of Documents** [Doc. # 159, filed 5/16/07] (the "Motion"). On May 1, 2007, the plaintiff filed a motion to compel the defendants to provide him with 602 pages of documents. I ordered the defendants to make the documents available to the plaintiff for inspection at the Fremont Correctional Facility on or before June 1, 2007. I further ordered that the plaintiff could review the documents and designate any he wants to have copied, but that he is responsible for all

costs associated with making any copies that he may request.

The plaintiff seeks to amend his motion to compel to include a request that he be provided with an additional 1,217 pages of documents. The defendants state that they are willing to make the additional 1,217 pages of documents available to the plaintiff for inspection at the Fremont Correctional Facility at the same time they make available the original 602 pages of documents. *Defendants' Response to Plaintiff's Motion to Amend Motion to Compel Production of Documents* [Doc. #164, filed 5/23/07]. The defendants request that the plaintiff's review time be limited to three hours. Id. The defendants' request is reasonable. Accordingly,

IT IS ORDERED that the Motion is GRANTED as follows:

1. On or before **June 15, 2007**, the defendants shall make the original 602 pages of documents and the additional 1,217 pages of documents available to the plaintiff for inspection at the Fremont Correctional Facility for a total of three hours; and

2. The plaintiff may review the additional documents and designate any he wants to have copied. The plaintiff is responsible for all costs associated with making any copies that he may request.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated May 24, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge