IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02187-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

ENDRE SAMU,
CORI SALAMENO,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
DELAYNE TORNOWSKI,
JIM DAY,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
BOB KAHANIC,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND, and
JERRY BRIGGS,

Defendants.
_____

**ORDER**
_____

This matter is before the Court on the **Defendants' Motion to Allow Deposition of**

**Plaintiff F. David Slusher Pursuant to Fed.R.Civ.P.30(a)(2)** [docket no. 173, filed June 19,

2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Defendants shall take the deposition of

Mr. Slusher at the Fremont Correctional Facility on June 28, 2007.

Dated June 20, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge