IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02187-PSF-KLM

FLOYD DAVID SLUSHER,

    Plaintiff(s),

v.

AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
TREVOR WILLIAMS,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND,   and
JERRY BRIGGS,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's Motion for Extension of Time [Docket No. **197,** Filed August 07, 2007]   and   Defendants' Motion to Stay and Vacate Final Pretrial Conference Pending Qualified Immunity Determination [Docket No. **198,** Filed August 08, 2007].

    Plaintiff seeks an extension of time to respond to Defendants' Motion for summary Judgment [Docket No. 189, Filed July 13, 2007].  Defendants seek an order staying all further proceedings in the Court and vacating the pre-trial conference currently scheduled for September 5, 2007, because their Motion for Summary Judgment raises the defense of qualified immunity.

    IT IS HEREBY **ORDERED** that  both motions are **GRANTED.**

*04-cv-02187-PSF-KLM*

   IT IS FURTHER **ORDERED**  Plaintiff shall file his response to Defendants' Motion for Summary Judgment on or before **September 12, 2007.**

The pre-trial conference currently  scheduled for September 5, 2007 is **vacated** and will be reset if necessary after the resolution of Defendants' Motion for Summary Judgment. The parties need not prepare and file a Final Pretrial Order at this time.
All proceedings, other than as set forth above, are  stayed pending further Order of the court.


Dated:  August 24, 2007