IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 04-cv-02187-MSK-KLM

FLOYD DAVID SLUSHER,

    Plaintiff,

v.

ENDRE SAMU,
AL ESTEP,
BILL RUSHER,
SHANE JOHNSON,
TREVOR WILLIAMS,
TOM O'BRIEN,
JOHN REILLY,
MIKE KELLY,
BUTCH RAGLAND,
JERRY BRIGGS,
CASE MANAGER OF F. DAVID SLUSHER,

    Defendants.

**ORDER OF RECUSAL**

    THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned judge's judicial assistant has personal knowledge of this action and the litigants due to her prior employment with the Colorado Department of Corrections. Accordingly, it is

    **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately

adjust the "draw" of future cases.

DATED this 10th day of January, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge