# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

**Civil Action No.:** 04-cv-02187-WDM-KLM        **FTR** - Reporter Deck - Courtroom A-501
**Date:** February 08, 2008                      Courtroom Deputy, Ellen E. Miller

---

FLOYD DAVID SLUSHER,                             Pro Se   (by telephone)
#44260
    **Plaintiff(s),**
v.

ENDRE SAMU, et al                                Edmund M. Kennedy
    **Defendant(s).**

---
### COURTROOM MINUTES / MINUTE ORDER
---

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Telephonic appearance by *Pro Se* Plaintiff; in court appearance of counsel.

The Court raises Plaintiff's Motion to Compel Production of Documents, Motion for Extension of Time, and Motion to Compel Responses to Interrogatories or in the alternative Motion to Find Defendant Briggs in Default for argument.

Discussion is held.

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Docket No. **225,** Filed January 02, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION FOR EXTENSION OF TIME {Docket No. **227,** Filed January 07, 2008] is **GRANTED** for the reasons set forth on the record.
Plaintiff shall have to and including **FEBRUARY 27, 2008** within which to file a written Supplemental Response to the pending Motion for Summary Judgment [Docket No. 189].
Defendants shall have to and including **MARCH 05, 2008** within which to file their written Reply, if any, regarding the Motion for Summary Judgment [Docket No. 189].
At that time, the Motion for Summary Judgment shall be deemed fully briefed.

**It is ORDERED:** Plaintiff's MOTION TO COMPEL RESPONSES TO INTERROGATORIES or in the alternative MOTION TO FIND DEFENDANT BRIGGS IN DEFAULT [Docket No. **228,** Filed January 07, 2008] is **GRANTED IN PART AND DENIED IN PART.**

As to INTERROGATORY NO. 2, that portion of the Motion is **GRANTED.**
Defendant shall supplement his response **on or before February 13, 2008.**
Supplement shall include a description of his duties as Chaplain.

As to INTERROGATORY NO. 3, that portion of the Motion is **DENIED AS MOOT.**
It is noted the supplemental response provided to Interrogatory No. 5 also covers as a supplemental response to Interrogatory No. 3

As to INTERROGATORY NO. 4, that portion of the Motion is **DENIED.**

As to INTERROGATORY NO. 5, that portion of the Motion is **DENIED AS MOOT.**
It is noted the Defendant has already provided a supplemental response to Interrogatory No. 5.

As to INTERROGATORY NO. 6, that portion of the Motion is **GRANTED.**
Defendants shall supplement their response **on or before February 13, 2008.**
Supplemental response shall include information (1) as to who authorized Defendant Briggs' access to the computer system and (2) what types of information did he have access to during the relevant time frame of this litigation. Defendant is not required to respond as to whether or not he currently has computer access.

As to INTERROGATORY NO. 7, that portion of the Motion is **DENIED.**

As to INTERROGATORY NO. 8, that portion of the Motion is **DENIED.**

As to INTERROGATORY NO. 9, that portion of the Motion is **DENIED.**

As to INTERROGATORY NO. 10, that portion of the Motion is **DENIED.**

Hearing Concludes.
**Court in recess:** 10:20 a.m.
Total In-Court Time: 00:20