IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02187-WDM-KLM

FLOYD DAVID SLUSHER,

    Plaintiff(s),

v.

JOHN REILLY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Expedited Joint Motion to Extend Discovery and Re-Set Pretrial Conference** [Docket No. 277; Filed October 03, 2008] (the "Motion"). Although the parties were previously informed that no further extensions of time would be permitted [Docket No. 270], the Court finds that good cause has been shown for a final, brief extension.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court extends the discovery deadline for the limited purpose of allowing Plaintiff to conduct the deposition of Defendant and a deposition of the Limon Correctional Facility pursuant to Fed. R. Civ. P. 30(b)(6). Such depositions shall not exceed seven (7) hours and shall occur no later than **October 31, 2008**. **No further extensions of time will be permitted.**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for October 23, 2008 at 10:00 a.m. is **vacated** and **RESET** to **November 18, 2008 at 2:00 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than November 11, 2008**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures <u>must</u> be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order

pursuant to the District of Colorado ECF Procedures.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: October 6, 2008