IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02187-WDM-KLM

FLOYD DAVID SLUSHER,

    Plaintiff(s),

v.

JOHN REILLY,

    Defendant(s).
_____

## ORDER QUASHING SUBPOENAS
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Interested Parties Colorado Department of Corrections ("CDOC") and Correctional Industries' ("CI") **Motion to Quash Subpoenas Duces Tecum** [Docket No. 281; Filed October 29, 2008] (the "Motion"). The CDOC and CI seek to quash two subpoenas for documents issued by Plaintiff on October 28, 2008. They do so on several grounds, including that the subpoenas did not allow a reasonable amount of time to comply and that they are overbroad and seek confidential information.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. While the Court agrees that the subpoenas should be quashed, I base my decision on a ground not advanced by the CDOC and CI. The discovery deadline in this case (including third-party discovery) has long-since expired, and while the Court has twice extended the discovery deadline, the most recent deadline being October 31, 2008, the extensions have been "for the limited purpose of allowing Plaintiff to conduct the deposition of Defendant and a deposition of the Limon Correctional Facility pursuant to Fed. R. Civ. P. 30(b)(6)" [Docket Nos. 270 & 279]. Moreover, pursuant to the most recent Order extending the discovery deadline, the parties

were informed that "**[n]o further extensions of time will be permitted**." *Order* [#279] at 1.

The Rule 30(b)(6) deposition of CDOC and CI representatives has now been conducted. *Motion* [#281] at 1, 4-5. Without conceding that my prior discovery Orders authorized Plaintiff to seek documents in conjunction with the Rule 30(b)(6) deposition, no possible argument could be made that the present subpoenas were issued in conjunction with that deposition. Accordingly, the Court finds that the October 28, 2008 subpoenas exceed the permissive scope and time frame for discovery per my previous Orders. The subpoenas are therefore **quashed**.

Dated: October 30, 2008

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge