IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.:   04-cv-02187-WDM-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: November 18, 2008 | Courtroom Deputy, Kathleen Finney |

___

| | |
|---|---|
| FLOYD DAVID SLUSHER, | Nadia G. Malik |
| #44260 | Sarah A. Mastalir |
| | Regina M. Rodriquez |
| **Plaintiff(s),** | |
| v. | |
| JOHN REILLY | Edmund M. Kennedy |
| | Andrew D. Ringel |

___

# COURTROOM   MINUTES  /  MINUTE  ORDER
___

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in Session: 1:59 p.m.**
Court calls case.    Appearance of counsel.   Plaintiff appears by telephone.

**It is ORDERED:**   Plaintiff's Unopposed Motion to Amend Proposed Pretrial Order  [Docket No. 285 , filed 11/17/08 ]  is **granted.**  The Amended  Proposed  Pretrial Order is accepted.

**SETTLEMENT CONFERENCE**   is set   **FEBRUARY 2, 2009 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved,   with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated  Confidential Settlement Statement  to Magistrate Judge Mix **on or before January 26, 2009** in accordance with the Court's *Instructions for Preparation of Confidential  Settlement* Statements, Effective January 1, 2008.

The Updated  Settlement Statements   shall  be  sent  via  e-mail  in  a  PDF  format   to  **Mix_Chambers@cod.uscourts.gov**
In addition, ALL  additional settlement material (*i.e.* exhibits, deposition transcripts, documents)

shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal Per Magistrate Judge Mix's Instructions".

All parties asserting claims for damages shall provide a monetary demand to all opposing parties one week prior to the Settlement Conference.

**It is ORDERED:** The proposed Final Pretrial Order which was submitted to the Court**,** is amended by interlineations, approved and made an Order of Court.

HEARING CONCLUDES.

**Court in recess: 2:10 p.m.**
Total In-Court Time: 00:11