IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2187-WDM-KLM

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN REILLY,

Defendant.

---

ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

The Court, having reviewed Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum, and being fully advised of the premises, in order to secure the attendance of FLOYD DAVID SLUSHER at the trial on October 26, 2009 through October 29, 2009 at the United States District Court for the District of Colorado,

Hereby Orders that the proposed Writ of Habeas Corpus Ad Testificandum, shall issue immediately, commanding the custodian of Floyd David Slusher, ID No. 44260, to produce said inmate in Courtroom A902 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294, the Honorable Walker D. Miller presiding, beginning on October 26, 2009 at 8:30 a.m.

**ACCORDINGLY, IT IS SO ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Fremont Correctional Facility to produce the inmate FLOYD DAVID SLUSHER, ID No. 44260, to testify in United States District Court for the District of Colorado at the time and place above, until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

2. The custodian of inmate FLOYD DAVID SLUSHER, ID No. 44260, is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Order.

3. The custodian of inmate FLOYD DAVID SLUSHER, ID No. 44260, is ordered to allow this inmate to receive civilian clothing for the purposes of trial.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Fremont Correctional Facility, PO Box 999, Canon City, Colorado 81215:

**YOU ARE COMMANDED** to produce inmate FLOYD DAVID SLUSHER, ID No. 44260, to testify before the United States District Court for the District of Colorado at the time and place above, until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian of inmate FLOYD DAVID SLUSHER, ID No. 44260, with a copy of this writ.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2009.

BY THE COURT:

_____
Walker D. Miller
United States District Judge

fb.us.4067599.02