IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 04-cv-02187-WDM-KLM

F. DAVID SLUSHER,

    Plaintiff,

v.

JOHN REILLY,

    Defendant.

---

**ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

This matter is before the court on the Plaintiff's petition for writ of habeas corpus ad testificandum (doc. no. 301). It is now ordered that the Clerk of the Court shall issue a Writ of Habeas Corpus Ad Testificandum directing the United States Marshal and any other officer in whose custody the witness may be held to bring the body of Martin Williams, registration no. 3909, who is now in the custody of Sterling Correctional Facility, Sterling, Colorado, before United States Judge Walker D. Miller, sitting in Denver, Colorado, on the 27th day of October, 2009, at 8:30 a.m. and to hold the witness at all times in custody, and from day to day thereafter until no longer needed, for trial in the United States District Court for the District of Colorado, 901 19th Street,

PDF FINAL

Denver, Colorado, Courtroom A902, in the above-entitled case, and then return the witness to the institution where he is now confined, under safe and secure conduct.

DATED at Denver, Colorado, on August 28, 2009.

BY THE COURT:

s/ Walker D. Miller
United States District Judge