IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 04-cv-02187-WDM-KLM

F. DAVID SLUSHER,

    Plaintiff,

v.

JOHN REILLY,

    Defendant.

_____

**AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

    The Order to Issue Writ of Habeas Corpus Ad Testificandum (doc. no. 306) and Writ of Habeas Corpus Ad Testificandum (doc no. 308) for witness Martin Williams, inmate #3909, in the custody of the Sterling Correctional Facility, are rescinded.

    It is now ordered that Sterling Correctional Facility shall make inmate Martin Williams available for telephone examination on Tuesday, October 27, 2009, at 1:30 p.m., for so long as the court needs his participation.

    DATED at Denver, Colorado, on October 26, 2009.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge

PDF FINAL