**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**SENIOR JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: October 22, 2009
Court Reporter: Kara Spitler                   Time: 53 minutes

---

**CASE NO.  04-cv-02187-WDM-KLM**

Parties                                        Counsel

**FLOYD DAVID SLUSHER,**                       Nadia Malik
                                               Sarah Mastalir

          Plaintiff (s),

vs.

**JOHN REILLY, et al,**                        Andrew Ringel
                                               Edmond Kennedy

          Defendant (s).

---

**CONTINUED TRIAL PREPARATION CONFERENCE**

---

**11:32 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel discuss pending pretrial matters.

Court addresses the parties objections to the proposed jury instructions.

Page Two
04-cv-02187-WDM-KLM
October 22, 2009

**ORDERED:**   Plaintiff's Motion in Limine to Exclude Evidence of Inmate Witnesses Randy Burke's and Martin Williams' Prior Criminal Convictions (Doc #309), filed 10/2/09 is **GRANTED in PART and DENIED in PART.**

**ORDERED:**   Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Prior Criminal Convictions (Doc #310), filed 10/2/09 is **GRANTED in PART and DENIED in PART.**

**ORDERED:**   Plaintiff's Motion in Limine to Exclude Irrelevant Evidence (Doc #311), filed 10/2/09 is **DENIED.**

Ms. Mastalir requests that Exhibit 45 be substituted and redacted.  Objection by Mr. Ringel.

**ORDERED:**   Exhibit 45 shall be redacted. Counsel may submit a limiting instruction for the jury to account for the redaction.

**ORDERED:**   Witness Martin Williams may testify by telephone or video conference.

**12:25 p.m.   COURT IN RECESS**

**Total in court time:        53 minutes**

**Hearing concluded**